IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**FLORA MOSELEY SMITH**                                                                                      **PLAINTIFF**

**VS.**                                  **Case No. 03-CV-1186**

**CHASE MANHATTAN MORTGAGE
CORPORATION**                                                                          **DEFENDANT**

## JUDGMENT

Before the Court is Defendant's motion for summary judgment. (Doc. 34). Plaintiff has filed a response. (Doc. 37). The Court finds this motion ripe for consideration. Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds the motion for summary judgment should be and hereby is **granted** and Plaintiff's lawsuit is dismissed with prejudice. All other pending motions are denied as moot.

**IT IS SO ORDERED** this 16th day of February, 2006.

                                                      /s/ Harry F. Barnes
                                                         Hon. Harry F. Barnes
                                                         U.S. District Judge